**Order entered May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01517-CV

### JUAN GARZA DE LEON, Appellant

### V.

### RED WING BRANDS OF AMERICA, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08768-I**

## ORDER

At court reporter Sheretta L. Martin's request, we extended the deadline for filing the reporter's record to May 2, 2016. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Martin to file the record no later than May 23, 2016. Because the reporter's record was first due January 29, 2016, no further extensions will be granted absent exigent circumstances. We caution Ms. Martin that failure to comply with this order may result in an order that she not sit as a reporter until the record is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Phyllis Lister Brown, Presiding Judge of the 162nd Judicial District Court; Ms. Martin; and all parties.

/s/     CRAIG STODDART
         JUSTICE